# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>JOSE ALEJANDRO GARCIA VACA,<br><br>        Defendant | Case No. 19-CR-1648-LAB<br>**ORDER AND JUDGMENT GRANTING UNITED STATES' MOTION TO DISMISS** |

IT IS HEREBY ORDERED that the information shall be dismissed against Jose Alejandro Garcia Vaca without prejudice.

IT IS FURTHER ORDERED bond is exonerated. Defense Counsel shall prepare an order to disburse funds or release collateral.

IT IS SO ORDERED.

DATED: June 24, 2019

_____
HON. LARRY ALAN BURNS
Chief United States District Judge